IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SOUTHERN STAR EXPRESS, LLC,<br><br>　　　Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>DORIAN J. PAGE<br><br>　　　Defendant / Counterclaim Plaintiff. | Civil Action No. 5:19-cv-01423-DAE |

### ORDER GRANTING UNOPPOSED MOTION TO APPROVE THE SETTLEMENT AGREEMENT AND FOR ATTORNEYS' FEES AND COSTS

　　Pending before the Court is Defendant / Counterclaim Plaintiff Dorian Page's Unopposed Motion to Approve the Settlement Agreement and for Attorneys' Fees and Costs. Having considered the Motion, and having found that the Parties' settlement is a fair and reasonable compromise of a *bona fide* dispute under the FLSA, the Court determines that the Motion should be **GRANTED** in all respects. Therefore, the Court ORDERS that the Parties' settlement is approved and that this action is dismissed in its entirety, with prejudice, subject to the terms of the Settlement Agreement. The Court **INSTRUCTS** the Clerk's Office to **CLOSE THIS CASE**.

　　IT IS SO ORDERED.

　　DATED: March 31, 2021

_____
JUDGE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE